1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ERIC JOHNSON,                          No. C 12-6393 WHA (PR)

12                  Petitioner,             **ORDER DENYING MOTION FOR**
                                            **RECONSIDERATION**
13       v.

14   DIRECTOR,

15                  Respondent.             (Docket No. 12)
     _____/

16

17        Petitioner, a California prisoner proceeding pro se, filed this habeas case under 28

18   U.S.C. 2254.  Respondent's motion to dismiss the petition as untimely was granted.  Petitioner

19   has filed a motion for reconsideration.  He cites the fact that he had on two prior occasions filed

20   habeas petitions in the federal court, one in 2007 and the other in 2011.  Those petitions were

21   dismissed without prejudice because petitioner had not exhausted his claims.  It was explained

22   in the dismissal order that federal habeas petitions do not toll the limitations period.  *See*

23   *Duncan v. Walker*, 533 U.S. 167, 180-81 (2001).  Petitioner characterizes the instant petition as

24   an "amended" petition, and he argues that there is no statute of limitations for amended

25   petitions.  The petition filed herein was not labeled as an amended petition, it did not include

26   the case number of any of his prior cases so as to indicate that he intended it to be an amended

27   petition in one of his earlier cases.  Moreover, petitioner was not given leave to file an amended

28   petition in his prior two cases because the petitions were not mixed petitions, but rather were

     completely unexhausted.  In any event, when he filed the instant petition, any time for filing an

**United States District Court**
For the Northern District of California

amended petition in his prior cases would have long since expired.

Petitioner's motion for reconsideration (dkt. 12) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: October __3__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE4

United States District Court
For the Northern District of California

2